**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:09CR535-DJS |
| ) | |
| **ANTONIO HARRIS,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon careful consideration of the order and recommendation of the United States Magistrate Judge, and the lack of timely objections thereto,

**IT IS HEREBY ORDERED** that the United States Magistrate Judge's recommendation [Doc. #64] is accepted and adopted.

**IT IS FURTHER ORDERED** that defendant's motion to suppress identification testimony [Docs. #36, #59] and defendant's motion to suppress evidence [Docs. #13, #30, #35] are denied, and the government's oral motion for determination of admissibility of arguably suppressible evidence [Doc. #31] is denied as moot.

Dated this ___16th___ day of December, 2009.

/s/Donald J. Stohr
UNITED STATES DISTRICT JUDGE